**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

CRUM & FORSTER SPECIALTY INSURANCE COMPANY,

Plaintiff

v.

FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC., CHRISTINE C. SHUBERT, as Chapter 7 Trustee of FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC., TRANSWORLD SYSTEMS, INC., CASCADE RECEIVABLES MANAGEMENT LLC, HARVEST STRATEGY GROUP, KOHL'S, INC., CAVALRY PORTFOLIO SERVICES, LLC, and INVESTINET, LLC,

Defendants.

Case No. 2:24-cv-04783

MOTION OF CRUM & FORSTER SPECIALTY INSURANCE COMPANY FOR LEAVE TO DEPOSIT FUNDS INTO THE COURT REGISTRY

Plaintiff Crum & Forster Specialty Insurance Company ("C&F"), by its undersigned counsel, hereby moves for the entry of an Order pursuant to Fed R. Civ P. 67(a) for leave to deposit the sum of $5,000,000.00, payable under Excess Liability Policy No. CYB-107007 C&F issued to Defendant Financial Business and Consumer Solutions, Inc. (the "Excess Policy"), into the registry of this Court. In support thereof, C&F incorporates by reference the accompanying Memorandum of Law as required by Local Rule 7.1(c).

WHEREFORE, C&F respectfully requests that the Court enter an Order in the proposed form attached granting C&F leave to deposit the proceeds of the Excess Policy into the Court Registry to be held in an interest-bearing account until such time as the Court adjudicates the claims *inter se* of each of the Defendants in this matter.

Dated: September 30, 2024

Respectfully submitted,

*/s/ Brian H. Callaway*

TROUTMAN PEPPER HAMILTON SANDERS LLP

Brian H. Callaway (Pa. Bar No. 316034)
300 Two Logan Square,
Eighteenth and Arch Streets
Philadelphia, PA 19103
(215) 981-4428
brian.callaway@troutman.com

Thomas S. Hay
Union Trust Building
501 Grant Street, Suite 300
Pittsburgh, PA 15219
(412) 454-5812
thomas.hay@troutman.com

Brandon D. Almond (*pro hac vice* pending)
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004-2134
(202) 274-2864
brandon.almond@troutman.com

*Attorneys for Interpleader-Plaintiff Crum & Forster Specialty Insurance Company*